IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRIA BRIDGES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ACCENTURE FEDERAL SERVICES, LLC, *et al.*, <br><br> Defendants. | Civil Action No. 23-1568 (RDM) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Kristen A. Lejnieks as counsel for Defendant Accenture Federal Services, LLC in the above-captioned case.

Dated: June 28, 2023

Respectfully submitted,

By: */s/ Kristen A. Lejnieks*
Kristen A. Lejnieks (Bar No. 502136)
kalejnieks@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
Telephone:   +1.202.879.3939
Facsimile:   +1.202.626.1700

*Counsel for Defendant Accenture Federal Services, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 28, 2023, I filed a true and correct copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will serve a copy of the same on counsel of record in the above captioned matter.

*/s/ Kristen A. Lejnieks*
Kristen A. Lejnieks
