# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMETRIA BRIDGES**, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 23-cv-1568 (RDM) |
| **ACCENTURE FEDERAL SERVICES LLC**, et al., | ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that the undersigned attorney, James Bickford of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance and substitutes for Lisa A. Olson as lead counsel on behalf of defendants Ravindra Deo, Leona Bridge, Dana K. Bilyeu, Stacie Olivares, and Mike Gerber in the above-captioned case.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH TULIS
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

Date: April 21, 2025                    *Counsel for Defendant*